```
ROBERT L. FORKNER (CSB #166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California  95354
Phone: (209) 544-0200
Fax:   (209) 544-1860
```

Attorneys for ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:07-MJ-70318-WDB |
| Plaintiff | ) | DESIGNATION OF ATTORNEY |
| vs. | ) | |
| ALFREDO SANCHEZ, | ) | |
| Defendant. | ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as retained counsel in this case for

ALFREDO SANCHEZ

I certify that I am admitted to practice in this court.

DATED: June 6ᵀᴴ, 2007           /S/ ROBERT L. FORKNER
                                 ROBERT L. FORKNER
                                 Attorney at Law